UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 5:20-CR-7-21 |
| ) | |
| GEORGE WILLIAM RELIFORD ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the United States' Motion to Dismiss the Indictment as to Defendant Georgia William Reliford in case 5:20-CR-7-21 is granted.

So ORDERED, this 19 day of July, 2021.

HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA